# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Maria ANGULO Gaxiola (1),<br>Bertha ANGULO Gaxiola (2),<br>Lizbeth GUERENA Ruiz (3),<br><br>Defendants. | Case No.: '25 MJ3815<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |
|---|---|

The undersigned complainant being duly sworn states:

On or about July 9, 2025, within the Southern District of California, defendants, Maria ANGULO Gaxiola, Bertha ANGULO Gaxiola, and Lizbeth GUERENA Ruiz did knowingly and intentionally import 5 kilograms and more, to wit: approximately 23.70 kilograms (52.25 pounds), of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Jennifer Arellano
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 10th day of July 2025.

_____
Hon. Michael S. Berg
United States Magistrate Judge

# STATEMENT OF FACTS

On July 9, 2025, at approximately 9:00 AM, Maria ANGULO Gaxiola, Bertha ANGULO Gaxiola, and Lizbeth GUERENA Ruiz applied for entry into the United States from Mexico through the San Ysidro POE in vehicle lane #18A. Maria ANGULO was the driver of a 2024 GMC Terrain bearing Mexico license plates. Bertha ANGULO was the registered owner of the GMC Terrain. Bertha ANGULO and GUERENA were passengers in the vehicle.

A Canine Enforcement Team was conducting pre-primary operations when the Human and Narcotic Detection Dog alerted to the rear bumper of the vehicle.

A Customs and Border Protection Officer received two negative Customs declarations from Maria ANGULO. M. ANGULO stated she was crossing the border to go to Las Americas in San Ysidro, California. Bertha ANGULO claimed the vehicle was hers. M. ANGULO was asked if she had been in possession of the vehicle for the past three days. M. ANGULO stated yes. M. ANGULO was asked if anyone asked her to bring anything into the United States from Mexico, and she said, "No." M. ANGULO was asked if anyone had asked her to bring back anything from the United States into Mexico and she said, "No." The vehicle was referred for further inspection.

1

Further inspection of the vehicle resulted in the discovery of 20 packages concealed underneath the rear seats of the vehicle and inside the center console, with a total approximate weight of 23.70 kgs (52.25 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of cocaine.

M. ANGULO, B. ANGULO, and GUERENA were placed under arrest at approximately 11:40 AM.

During a post-Miranda interview, GUERENA denied knowledge that the narcotics were in the vehicle. GUERENA stated that she was going shopping at the mall in San Ysidro. GUERENA stated that they were going to shop and then return to Mexico. GUERENA stated that they typically shop together about twice a month.

Further review of the co-defendants' recent crossing revealed that the three co-defendants crossed in the vehicle together multiple times.

M. ANGULO, B. ANGULO, and GUERENA were arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.